# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE KEVIN WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION 05-0081-WS-D |
| | ) |
| **BALDWIN COUNTY CORRECTION** | ) |
| **CENTER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 17th day of November, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE